IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 19-cv-07469 |

**Schedule A – Sealed Document Pursuant to LR26.2**

  This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 12th day of November 2019.  Respectfully submitted,

              /s/ Justin R. Gaudio
              Amy C. Ziegler
              Justin R. Gaudio
              RiKaleigh C. Johnson
              Greer, Burns & Crain, Ltd.
              300 South Wacker Drive, Suite 2500
              Chicago, Illinois 60606
              312.360.0080
              312.360.9315 (facsimile)
              aziegler@gbc.law
              jgaudio@gbc.law
              rjohnson@gbc.law

              *Counsel for Plaintiff Benefit Cosmetics LLC*